**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: FUGIEL, EDDIE § | Case No. 09-31348-JS |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 04/16/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 01/11/2010      By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                              Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FUGIEL, EDDIE § Case No. 09-31348-JS
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $  15,001.64

*and approved disbursements of*  $       12.45

*leaving a balance on hand of* [1]  $  14,989.19

Claims of secured creditors will be paid as follows:

*Claimant*                                                               *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $  2,250.11 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $  1,257.50 | $  28.01 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                            *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,079.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                            *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| # | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 1 | Commerce Bank | $ 16,385.49 | $ 2,499.54 |
| 2 | Chase Bank USA, N.A. | $ 13,149.04 | $ 2,005.83 |
| 3 | Chase Bank USA, N.A. | $ 6,933.58 | $ 1,057.69 |
| 4 | Chase Bank USA, N.A. | $ 9,787.48 | $ 1,493.04 |
| 5 | State Farm Bank | $ 14,247.75 | $ 2,173.43 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA; BY AMER INFOSOURCE LP | $ 5,203.20 | $ 793.73 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA; BY AMER INFOSOURCE LP | $ 8,701.81 | $ 1,327.42 |
| 8 | Wells Fargo Financial Illinois, Inc | $ 670.78 | $ 102.32 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                  Page 1 of 1                   Date Rcvd: Mar 17, 2010
Case: 09-31348                 Form ID: pdf006               Total Noticed: 26

The following entities were noticed by first class mail on Mar 19, 2010.
db           +Eddie Fugiel,    441 Home Avenue,    Itasca, IL 60143-2218
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David B Lloyd,    Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Richard F Doerr,    Steven H Mevorah & Associates,    134 North Bloomingdale Road,
               Bloomingdale, IL 60108-1017
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
14363223     +Bank Of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
14363224      Bank Of America Home Loans,    P.O. Box 96126,    Fort Worth, TX 76161
14363225     +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
14674447      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14640015      Commerce Bank,    P O BOX 419248,    KCREC-10,   Kansas City, MO 64141-6248
14363226     +Commerce Bank,    P.O. Box 806000,    Kansas City, MO 64180-6000
14363227     +Country Wide,    P.O. Box 15153,    Wilmington, DE 19850-5153
14811215      FIA CARD SERVICES, NA/BANK OF AMERICA,     BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
14363228     +Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
14363221     +Fugiel Eddie,    441 Home Avenue,    Itasca, IL 60143-2218
14363229      Juniper,    P.O. Box 1337,    Philadelphia, PA 19101
14363222     +Law Offices Of Steven H Mevorah,     & Associates,   134 North Bloomingdale Road,
               Bloomingdale, IL 60108-1017
14703586      State Farm Bank,    POB 3001,    Malvern, PA 19355-0701
14363230     +State Farm Bank,    P.O. Box 23025,    Columbus, GA 31902-3025
14363231     +United,   P.O. Box 15153,    Wilmington, DE 19886-5153
14363232     +Wells Fargo Financial,    P.O. Box 98798,    Las Vegas, NV 89193-8798
14929303     +Wells Fargo Financial Illinois, Inc,    4137 121st Street,    Urbandale IA 50323-2310

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Michael Phelps Grochocinski
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 19, 2010**                   **Signature:** *Joseph Speetjens*